UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BARBARA RITCHIE,

    Petitioner,

v.                                       Case No.  3:15cv495/LC/CJK

JULIE JONES,

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 18, 2016. (Doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

    2.  Respondent's motion to dismiss (doc. 14) is GRANTED.

3.  The petition for writ of habeas corpus (doc. 1), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Barbara Ann Ritchie*, Santa Rosa County Circuit Court Case No. 07-CF-1307, is DISMISSED WITH PREJUDICE.

4.  The clerk is directed to close the file.

5.  A certificate of appealability is DENIED.

**ORDERED** on this 20th day of December, 2016.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**